UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gale Santilli,

    Plaintiff,

v.                                              Case No. 14-12359

JPMorgan Chase Bank, N.A.          Honorable Sean F. Cox
                                                       Magistrate Judge Mona K. Majzoub

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

This is a case regarding foreclosure of real property. On or about April 8, 2014, Plaintiff Gale Santilli filed a complaint in the Oakland County Circuit Court commencing action against Defendant JPMorgan Chase Bank, N.A., challenging foreclosure proceedings related to her properly located in Berkley, Michigan.

On June 16, 2014, Defendant removed the case to this Court. (Doc. # 1). On August 22, 2014, Defendant filed a Motion to Dismiss the Complaint. (Doc. #5). Plaintiff failed to file a response to Defendant's motion. The motion was referred to Magistrate Judge Mona K. Majzoub for issuance of a Report and Recommendation pursuant to 28 U.S.C. section 636(b)(1)(B). (Doc. #6).

On October 30, 2014, Magistrate Judge Majzoub issued a Report and Recommendation ("R&R") wherein she recommended that this Court GRANT Defendant's Motion to Dismiss, and DISMISS this matter in its entirety. (Doc. #8).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

1

matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. FED. R. CIV. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3).

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ADOPTS the October 30, 2014 R&R. IT IS ORDERED that Defendant's Motion to Dismiss is GRANTED, and Plaintiff's Complaint is DISMISSED in its entirety.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: November 25, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 25, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager

2